AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sorokin, Leo T. | District Court, Massachusetts | 11/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court
One Courthouse Way
Boston, MA 02210
Suite 6130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed - psychologist |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Criminal Law Section Conference | 11/08/2019-11/11/2019 | Washington, DC | Presenting on Breakout Panel | Transportation and food |
| 2. | University of Michigan School of Law | 02/21/2019-02/22/2019 | Ann Arbor, MI | Presenting on Panel and Speaking to students | Transportation, lodging and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Rental/████ Property, Barnstable Cty MA (2001, 273,100) | C | Rent | N | R | | | | | |
| 2. | Bank of America Accounts | A | Interest | J | T | | | | | |
| 3. | IRA #1 | | | | | | | | | |
| 4. | -Fidelity Contrafund | B | Distribution | L | T | | | | | |
| 5. | -Fidelity Pacific Basin | A | Distribution | K | T | | | | | |
| 6. | -Davis NY Venture Fund C | D | Dividend | L | T | | | | | |
| 7. | -Fidelity Gov't Cash Reserves | A | Dividend | J | T | | | | | |
| 8. | Intentionally Blank | | | | | | | | | |
| 9. | Intentionally Blank | | | | | | | | | |
| 10. | Intentionally Blank | | | | | | | | | |
| 11. | IRA #3 | | | | | | | | | |
| 12. | -Amazon | | None | M | T | | | | | |
| 13. | -Intentionally Blank | | | | | | | | | |
| 14. | -FDIC Insured Deposit at BNY Mellon | A | Int./Div. | J | T | | | | | See Note |
| 15. | -Allianz FDS Small Cap | A | Dividend | J | T | | | | | |
| 16. | -Allianz Mid Cap Fund | B | Dividend | K | T | | | | | |
| 17. | -PIMCO Total Return | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sorokin, Leo T.** | 11/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Brokerage Acct#1 | | | | | | | | | |
| 19.   -Intentionally Blank | | | | | | | | | |
| 20.   -Fidelity Government Money Market | A | Interest | K | T | | | | | |
| 21.   -Vanguard Total Stock Market ETF | A | Dividend | K | T | | | | | |
| 22.   -Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 23.   -Wisdomtree Investments | A | Dividend | | | Sold | 04/03/19 | J | A | |
| 24.   -Healthcare Realty Trust, Inc. | B | Dividend | K | T | Sold<br>(part) | 04/04/19 | J | C | |
| 25. | | | | | Sold<br>(part) | 12/11/19 | J | C | |
| 26.   -Berkshire Hawthaway Series B | | None | J | T | Sold<br>(part) | 04/05/19 | J | C | |
| 27.   -Saul Centers | A | Dividend | | | Redeemed | 10/17/19 | J | A | |
| 28.   -Alibaba | | None | J | T | Sold<br>(part) | 12/11/19 | J | C | |
| 29.   -Apple | B | Dividend | M | T | | | | | |
| 30.   -Sector Spdr Tech Select Sector | A | Dividend | L | T | Sold<br>(part) | 04/10/19 | K | E | |
| 31. | | | | | Sold<br>(part) | 12/11/19 | J | D | |
| 32.   -Intentionally Blank | | | | | | | | | |
| 33.   IRA #4 | | | | | | | | | |
| 34.   -Vanguard Prime Money Market Fund | A | Int./Div. | J | T | Buy | 10/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Vanguard 500 Index Fund Adm | B | Dividend | M | T | Buy (add'l) | 12/10/19 | J | | |
| 36. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 37. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 38. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 39. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 40. | | | | | Buy (add'l) | 9/25/19 | J | | |
| 41. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 42. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 43. | | | | | Buy (add'l) | 7/31/19 | J | | |
| 44. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 45. | | | | | Buy (add'l) | 05/20/19 | J | | |
| 46. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 47. | | | | | Buy (add'l) | 05/6/19 | J | | |
| 48. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 49. | | | | | Buy (add'l) | 03/25/19 | J | | |
| 50. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 51. | | | | | Buy (add'l) | 02/04/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 53. -Vanguard Intermediate Term Investment Grade Fund | A | Dividend | K | T | | | | | |
| 54. -Vanguard U.S. Value Fund | B | Dividend | L | T | Buy (add'l) | 12/10/19 | J | | |
| 55. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 56. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 57. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 58. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 59. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 60. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 61. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 62. | | | | | Buy (add'l) | 05/20/19 | J | | |
| 63. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 64. - Vanguard Emerging Markets Stock Index Adm | B | Dividend | L | T | Buy (add'l) | 12/10/19 | J | | |
| 65. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 66. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 67. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 68. | | | | | Buy (add'l) | 10/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/25/19 | J | | |
| 70. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 71. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 72. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 73. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 74. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 75. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 76. Brokerage Acct#2 | | | | | | | | | |
| 77. -Vanguard U.S. Value Fund | A | Dividend | K | T | | | | | |
| 78. -Vanguard Total International Stock Index | A | Dividend | | | Sold | 05/23/19 | J | A | Converted to Admiral |
| 79. -Vanguard Total International Stock Index Admiral | A | Dividend | J | T | Buy | 05/23/19 | J | | Conversion from Line 78 |
| 80. -Vanguard Total Stock Market Index | A | Dividend | | | Sold | 05/23/19 | J | A | Converted to Admiral Line |
| 81. -Vanguard Total Stock Market Index Admiral | A | Dividend | J | T | Buy | 05/23/19 | J | | Conversion from Line 80 |
| 82. -Vanguard 500 Index Fund | A | Dividend | | | Sold | 05/23/19 | J | A | Converted to Admiral |
| 83. -Vanguard 500 Index Fund Admiral | A | Dividend | J | T | Buy | 05/23/19 | J | | Conversion from Line 82 |
| 84. Brokerage Acct#4 | | | | | | | | | |
| 85. -American Century Income and Growth Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA #5 | | | | | | | | | |
| 87. -American Century Equity Income | B | Dividend | K | T | | | | | |
| 88. -American Century Prime Money Market | A | Interest | K | T | | | | | |
| 89. -American Century Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 90. Limited Partnership Wolf Paca I | E | Int./Div. | M | U | | | | | |
| 91. Limited Partnership Joppa East | A | Dividend | J | U | | | | | |
| 92. OC, LLC | | None | M | T | | | | | |
| 93. IRA Account 14A | | | | | | | | | |
| 94. -Fidelity Government Money Market | A | Interest | J | T | | | | | |
| 95. -Matthews Pacific Tiger | A | Dividend | K | T | | | | | |
| 96. -Sector Spider Technology Select | A | Dividend | J | T | | | | | |
| 97. -Square Inc | | None | J | T | | | | | |
| 98. Brokerage Account 14B | | | | | | | | | |
| 99. -Fidelity Government Money Market | A | Interest | J | T | | | | | |
| 100. -Sterling Bank Corp | A | Dividend | J | T | | | | | |
| 101. -Canopy Growth | | None | J | T | | | | | |
| 102. Trust #4 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Fidelity Government Money Market | A | Int./Div. | L | T | | | | | |
| 104.  -Williams Companies | A | Int./Div. | J | T | | | | | |
| 105.  - Fund Royce Opportunity Fund Investment Class N/L | | None | | | Sold | 09/18/19 | K | | |
| 106.  -Fund Oppenheimer DevMkts Fund | | None | | | Sold | 09/19/19 | J | | |
| 107.  - Kinder Morgan | A | Int./Div. | J | T | | | | | |
| 108.  -Hartford International Value Fund | | None | | | Sold | 09/18/19 | J | | |
| 109.  -Berkshire Hathaway B | | None | K | T | | | | | |
| 110.  -Crown Castle | A | Int./Div. | K | T | | | | | |
| 111.  - Stock Alleghany Corp | | None | K | T | | | | | |
| 112.  -Flow 2006 LLC | E | Int./Div. | M | W | | | | | |
| 113.  -VSECU Bank Account | A | Int./Div. | L | T | | | | | |
| 114.  -Fund Hartford Capital Appreciation Fund Class A | B | Int./Div. | K | T | | | | | |
| 115.  -Liberty Broadband Corp Series A (LBRDA) | | None | J | T | | | | | |
| 116.  -Liberty Broadband Corp Series C (LBRDK) | | None | J | T | | | | | |
| 117.  -Liberty Media Corp Com A (LSXMA) | | None | J | T | | | | | |
| 118.  -Liberty Media Corp Delaware Com C (LSXMK) | | None | J | T | | | | | |
| 119.  -Liberty Media Corp Delaware Com A (BATRA) | | None | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -Liberty Media Corp Delaware Com C Media (FWONK) | | None | J | T | | | | | |
| 121. -Liberty Media Corp Delaware Com A Media (FWONA) | | None | J | T | | | | | |
| 122. -Liberty Media Corp Delaware Com C (BATRK) | | None | J | T | | | | | |
| 123. -Fund Third Avenue Focused Credit Fund Investor Class (Y) | | | | | | | | | See Note |
| 124. -Longleaf Small-cap Fund | | None | | | Sold | 09/18/19 | K | | |
| 125. -Putnam Capital Spectrum | | None | | | Sold | 09/18/19 | J | | |
| 126. -Netflix | | None | K | T | | | | | |
| 127. -Canopy Growth | | None | J | T | | | | | |
| 128. Trust #5 | | | | | | | | | |
| 129. -Fidelity Government Money Market | A | Interest | K | T | | | | | |
| 130. -Stock Sector Spdr TR Tech Select Sector XLK | A | Int./Div. | K | T | | | | | |
| 131. -Alibaba Group | | None | K | T | | | | | |
| 132. -Verizon Communications | A | Int./Div. | K | T | | | | | |
| 133. -Gunpowder W Corp. | | None | J | W | | | | | |
| 134. -Joppa East Limited Partnership | A | Int./Div. | J | W | | | | | |
| 135. -Mayfield W, Inc. | A | Int./Div. | J | W | | | | | |
| 136. -MHW, LLC | E | Distribution | L | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Exploration Capital 2005 | | None | | | Redeemed | 01/01/19 | K | A | |
| 138.  -Wolf Realty Corp. | | None | J | W | | | | | |
| 139.  -Saul Centers Bond | A | Int./Div. | | | Redeemed | 10/17/19 | J | A | |
| 140.  -VSECU Bank Account | A | Int./Div. | L | T | | | | | |
| 141.  -Merck | B | Int./Div. | K | T | | | | | |
| 142.  -Sutter Rock Capital | A | Int./Div. | J | T | | | | | Was named GSV Capital |
| 143.  -Loan to Trust #4 | | None | L | W | | | | | |
| 144.  -Alphabet | | None | J | T | | | | | |
| 145.  -Home Depot | A | Int./Div. | J | T | | | | | |
| 146.  -Salesforce Com | | None | K | T | | | | | |
| 147.  IRA Account 20 | | | | | | | | | |
| 148.  -Intentionally Blank | | | | | | | | | |
| 149.  -Fidelity FDIC Insured Deposit | A | Int./Div. | J | T | | | | | |
| 150.  -Lyft Inc | | None | J | T | Buy | 03/29/19 | J | | |
| 151.  -Chipotle | | None | K | T | | | | | |
| 152.  -Illumina | | None | K | T | | | | | |
| 153.  -Netflix | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  -Synaptics | | None | J | T | | | | | |
| 155.  -Square Inc. - A | | None | J | T | | | | | |
| 156.  -Amazon | | None | K | T | | | | | |
| 157.  IRA BA 17- DONE | | | | | | | | | |
| 158.  -AMG Managers Fair Pointe Mid Cap fund | A | Dividend | J | T | | | | | |
| 159.  -American Mutual Fund Cl F2 | A | Dividend | J | T | | | | | |
| 160.  -Brown Capital Mgt Small C. Inv. | A | Dividend | J | T | | | | | |
| 161.  -Intentionally Blank | | | | | | | | | |
| 162.  -Fidelity 500 Index FD Investor Class | A | Dividend | J | T | | | | | |
| 163.  -Intentionally Blank | | None | | | | | | | |
| 164.  -Aberdeen Total Return Bond Fund Cl I | A | Dividend | J | T | | | | | |
| 165.  -Intentionally Blank | | | | | | | | | |
| 166.  -Fidelity Total Bond | A | Dividend | J | T | | | | | |
| 167.  -PIMCO Total REturn Instl | A | Dividend | J | T | | | | | |
| 168.  -Osterweis Strategic Income Fund | A | Dividend | | | Sold | 06/03/19 | J | A | |
| 169.  -Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 170.  -Fidelity Small Cap Index Investor | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Costoco Wholesale | A | Dividend | K | T | | | | | |
| 172.  IRA 18 | | | | | | | | | |
| 173.  -Schwab Adv Cash Reserves | A | Dividend | K | T | | | | | |
| 174.  -Plum Crk Tmbrlnd Bonds due 3/15/21 | A | Interest | J | T | | | | | |
| 175.  -Abbot Labs | A | Interest | J | T | | | | | |
| 176.  -Acuity Brands | A | Dividend | J | T | | | | | |
| 177.  -CISCO Systems | A | Dividend | J | T | | | | | |
| 178.  -General Electric Co. | A | Dividend | J | T | | | | | |
| 179.  -International Business Machines | A | Dividend | K | T | | | | | |
| 180.  -PPG Industries | A | Dividend | J | T | | | | | |
| 181.  -United Parcel Service Class B | A | Dividend | J | T | | | | | |
| 182.  -Weyerhaeuser Co REIT (fromerly Plum Creek Timber Co. REIT) | A | Interest | J | T | | | | | |
| 183.  -Marathon Value Portfolio | B | Dividend | K | T | | | | | |
| 184.  -Vanguard Total Stock Market Index Fund | A | Dividend | | | Sold | 07/29/19 | K | A | Conversion to Admiral |
| 185.  -Vanguard Total Stock Market Index Admiral | A | Dividend | K | T | Buy | 07/29/19 | K | | Conversion from Line 186 |
| 186.  -Ishares Exp Technology ETF | A | Dividend | K | T | | | | | |
| 187.  -Technology Select Sector Spdr ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Fuel Cell Energy | | None | J | T | | | | | |
| 189. -WABTEC | A | Dividend | J | T | Spinoff (from line 178) | 02/26/19 | J | | |
| 190. Utah Ed Savings Age Based Aggressive Global Fund | B | Dividend | L | T | Buy (add'l) | 12/16/19 | J | | |
| 191. | | | | | Buy (add'l) | 12/3/19 | J | | |
| 192. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 193. | | | | | Buy (add'l) | 10/3/19 | J | | |
| 194. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 195. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 196. | | | | | Buy (add'l) | 07/03/19 | J | | |
| 197. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 198. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 199. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 200. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 201. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 202. | | | | | Buy | 01/03/19 | J | | |
| 203. USAA Bank Accounts | A | Int./Div. | J | T | | | | | |
| 204. BA Account 19 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Schwab Cash Account | A | Int./Div. | J | T | | | | | |
| 206. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For 2019

   Line 14 Name listed incorrectly on last year's report.

   Line 123 Trust #4 Third Avenue Focused Credit Fund was sold due to fund liquidation on June 27, 2018 for a value of category J and no gain. This was inadvertently not reported on my 2018 report.  In preparing the 2019 report, I discovered the error.  Note that the value had declined to below $1,000.00.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo T. Sorokin**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544